UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIN ELEMENTS LLC and JOHN NGUYEN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YONDR, INC.<br><br>　　　　Defendant. | Case No. 2:24-cv-9311-JLS-E<br><br>**JUDGMENT** |
| YONDR, INC.<br><br>　　　　Counterclaim Plaintiff,<br><br>v.<br><br>WIN ELEMENTS LLC; JOHN NGUYEN,<br><br>　　　　Counterclaim Defendants. | |

1    Having granted Defendant's motion to dismiss issued on July 28, 2025
2 (Doc. 72), it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiffs'
3 declaratory judgment claims of noninfringement, invalidity, and unenforceability
4 as to U.S. Patent No. 12,133,078, and Defendant's declaratory judgment
5 counterclaims of infringement of U.S. Patent No. 12,133,078, are DISMISSED
6 WITH PREJUDICE.  The Court retains jurisdiction to rule on a request for
7 attorneys' fees.

9    Dated: August 1, 2025                    _____
10                                             HON. JOSEPHINE L. STATON
                                               UNITED STATES DISTRICT JUDGE